JACOB A. AYRES (SBN 299869)
jacob.ayres@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Ph: (619) 400-0500
Fx: (619) 400-0501

Attorneys for Defendant
SBKFC HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KFC #E791053, a business of unknown form; SBKFC HOLDINGS, LLC, a Colorado limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:18-CV-01348<br><br>**SECOND JOINT MOTION TO EXTEND SBKFC HOLDINGS, LLC'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge: Dale S. Fischer<br>Magistrate Judge: Rozella A. Oliver<br>Complaint Filed: June 22, 2018<br>Trial Date: None set |

The parties hereby move, by way of this joint motion for an order extending Defendant SBKFC Holdings, LLC's ("SBKFC") time to respond to Plaintiff James Rutherford's ("Plaintiff") Complaint (the "Complaint").

SBKFC was served with the Complaint on June 25, 2018, placing SBKFC's deadline to respond on July 16, 2018. Counsel for SBKFC was retained on July 13, 2018. In order to give the undersigned counsel time to analyze the Complaint and draft a response, Plaintiff's counsel agreed to a 30-day extension of time for SBKFC to respond to the Complaint. SBKFC filed a joint motion and proposed order with the Court on July 17, 2018. (ECF No. 13.) The Court granted this 30-day extension of time on July 19, 2018 (ECF No. 14), placing SBKFC's deadline to respond to the Complaint on August 15, 2018.

SBKFC is in the process of identifying the proper defendant, because SBKFC does not control the restaurant at the property at issue in the Complaint. To allow for more time to accomplish this, the parties have agreed to another 30-day extension of time for SBKFC to respond to the Complaint.

For the foregoing reasons, the parties respectfully request that the Court extend SBKFC's time to respond to the Complaint by 30 days, placing its last day to file a response on September 14, 2018.

MANNING LAW, APC

DATED: August 14, 2018     By: /s/ Craig G. Côté
                               Joseph R. Manning, Jr.
                               Michael J. Manning
                               Craig G. Côté
                               Attorneys for Plaintiff
                               JAMES RUTHERFORD

DATED: August 14, 2018  DINSMORE & SHOHL, LLP

By: /s/ Jacob A. Ayres
JACOB A. AYRES (SBN 299869)
Attorneys for Defendant
SBKFC HOLDINGS, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Craig Côté, counsel for Defendants and counterclaimants, and that I have obtained Mr. Côté's authorization to affix his electronic signature to this document.

DINSMORE & SHOHL, LLP

DATED: August 14, 2018  By: /s/ Jacob A. Ayres
JACOB A. AYRES (SBN 299869)
Attorneys for Defendant
SBKFC HOLDINGS, LLC

# **CERTIFICATE OF SERVICE**

I certify that, on the date specified below, a true copy of this document was served by electronic mail upon all registered CM/ECF users and by U.S. mail upon all non-registered CM/ECF users in this case as indicated below:

| | |
|---|---|
| Joseph R. Manning Jr.<br>Michael J. Manning<br>Craig G. Côté<br>MANNING LAW, APC<br>4667 MacArthur Blvd., Suite 150<br>Newport Beach, CA 92660<br>Telephone:  (949) 200-8755<br><br>Email:<br>ADAPracticeGroup@manninglawoffice.com<br>mike@manninglawoffice.com | *Attorneys for Plaintiff*<br>**JAMES RUTHERFORD** |

Dated: August 14, 2018            */s/ Jacob A. Ayres*
                                                   Jacob A. Ayres

**SECOND JOINT MOTION TO EXTEND SBKFC'S TIME TO RESPOND TO COMPLAINT**

DINSMORE &
SHOHL LLP
SAN DIEGO