# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KFC #E791053, a business of unknown form; SBKFC HOLDINGS, LLC, a Colorado limited liability company; and DOES 1-10, inclusive, Defendants. | Case No. 5:18-CV-01348 DSF<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND SBKFC HOLDINGS, LLC'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:　　　　　　Dale S. Fischer<br>Magistrate Judge:　Rozella A. Oliver<br>Complaint Filed:　June 22, 2018<br>Trial Date:　　　　None set |

Upon presentation of the Second Joint Motion to Extend SBKFC Holdings LLC's ("SBKFC") Time to Respond to the Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

SBKFC's time to respond to the Complaint is extended by 30 days. SBKFC must file a response to the Complaint no later than September 14, 2018.

DATED: 8/15/18

*Dale S. Fischer*
_____
HON. DALE S. FISCHER
United States District Judge