## SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME:

CASE NO:

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury)(court)(length ___ days) (Tuesday) | 8:00 AM | | 12/3/2019 | Same | |
| For Court Trial<br>Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | | 3 | 11/12/2019 | Same | |
| PreTrial Conference, LR 16;<br>Hearing on Motions in Limine | 3:00 PM | 4 | 11/5/2019 | Same | |
| For Jury Trial<br>Lodge Pretrial Conference Order, LR 16-7<br>File Agreed Set of Jury Instructions and Verdict Forms;<br>File Statement Regarding Disputed Instructions, Verdicts, etc.;<br>File Oppositions to Motions in Limine | | 6 | 10/22/2019 | Same | |
| For Jury Trial<br>File Memo of Contentions of Fact and Law, LR 16-4;<br>Exhibit & Witness Lists, LR 16-5,6;<br>File Status Report Regarding Settlement;<br>File Motions in Limine | | 7 | 10/15/2019 | Same | |
| Last date to conduct ADR Proceeding, LR 16-15 | | 12 | 9/10/2019 | Same | |
| Last day for **hearing** motions, LR 7 | | 14 | 8/27/2019 | Same | |
| Non-expert Discovery Cut-off | | | 5/7/2019 | Same | |
| Expert Disclosure (initial) | | | 5/21/2019 | Same | |
| Expert Disclosure (rebuttal) | | | 6/4/2019 | Same | |
| Expert Discovery Cut-off | | | 6/18/2019 | Same | |
| Last Date to Amend Pleadings or Add Parties | | | 2/1/2019 | Same | |

LR 16-15 ADR Choice: [ ] 1. USMJ        [ ] 3. Outside ADR

[X] 2. Attorney Settlement Panel

Exhibit A