# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KFC #E791053, a business of unknown form; SBKFC HOLDINGS, LLC, a Colorado Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:18-cv-01348-DSF-RAO<br><br>Hon. Dale S. Fischer<br><br>**ORDER FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: June 22, 2018<br>Trial Date: None |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by James Rutherford ("Plaintiff") and KFC #E791053 and SBKFC Holdings, LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 8, 2019

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE